# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE CRAFTS, | Case No.: 3:19-cv-00498-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| vs. | |
| BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC. d/b/a HOSPITAL COLLECTION SERVICES, | |
| | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to LR IA 6-1 and 6-2, Plaintiff LANCE CRAFTS and Defendant BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC. d/b/a HOSPITAL COLLECTION SERVICES, by and through counsel, hereby agree and stipulate to extend the time allowed for Defendant to file a responsive pleading to Plaintiff's Complaint for Damages (ECF No. 1), up to and including October 17, 2019. This extension of time is requested due to Defendant's counsel's trial calendar for the month of September, 2019. This is the first request to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint for Damages.

///
///
///
///
///
///
///

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.

DATED this 10th day of September, 2019.

| WAJDA LAW GROUP | DOTSON LAW |
|---|---|
| /s/ NICHOLAS M. WAJDA<br>NICHOLAS M. WAJDA<br>Nevada State Bar No. 11480<br>871 Coronado Center Dr, Ste 200<br>Henderson, NV 89502 | /s/ ROBERT A. DOTSON<br>ROBERT A. DOTSON<br>Nevada State Bar No. 5285<br>5355 Reno Corporate Drive, Ste 100<br>Reno, NV 89511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

DATED this 11th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE