# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE CRAFTS,<br><br>           Plaintiff,<br><br>   v.<br><br>BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC. d/b/a HOSPITAL COLLECTION SERVICES,<br><br>           Defendant. | Case No. 3:19-cv-00498-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both parties hereby stipulate that this action be dismissed with prejudice. Both parties agree to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 27th day of December, 2019.

| | |
|---|---|
| WAJDA LAW GROUP | DOTSON LAW |
| */s/ Nicholas M. Wajda* | */s/ Robert A. Dotson* |
| NICHOLAS M. WAJDA<br>Nevada State Bar No. 11480<br>871 Coronado Center Dr, Ste 200<br>Henderson, NV 89502 | ROBERT A. DOTSON<br>Nevada State Bar No. 5285<br>5355 Reno Corporate Drive, Ste 100<br>Reno, NV 89511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

DATED this 30th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE